# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br><br>-VS-<br><br>SAMANTHA REMBERT,<br>                      Defendant, | Case Number: 06-10873<br><br>Honorable: John Feikens<br><br>Claim Number: C-59989 |

## ORDER FOR ENTRY OF CONSENT JUDGMENT

Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against SAMANTHA REMBERT, in the principal amount of $4,510.01, plus prejudgment interest from the date of default of date of judgment together with post-judgment interest pursuant to 28 U.S. C 1087, for a total balance owing as of April 7, 2006  $10,706.46.

IT IS FURTHER ORDERED that the Defendant, SAMANTHA REMBERT, may satisfy said Judgment by making bi-weekly payments of $100.00 beginning May 15, 2006.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

**s/John Feikens**
John Feikens
United States District Judge

Dated:  April 19, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 19, 2006.

s/Carol Cohron
Deputy Clerk

---